

# UNITED STATES PRETRIAL SERVICES AGENCY
## Eastern District of New York

# MEMORANDUM

| | |
|---|---|
| **DATE:** | August 29, 2005 |
| **TO:** | Honorable Frederic Block<br>United States District Judge |
| **RE:** | Francia Ramos-Suarez, Docket No.:04cr0412<br>Request for Revocation of Bail Release<br>Conditions and Issuance of a Bench Warrant |

Reference is made to the above-named defendant who is scheduled for sentence before Your Honor on September 29, 2005, in reference to a guilty plea entered on December 14, 2004, to narcotics charges. The defendant made an initial appearance on April 2, 2004, and has been at liberty since that time on a $100,000 cosigned bond with the following conditions: report to Pretrial Services once weekly in person; travel restricted to New York City; surrender/ do not apply for a passport; random home and employment visits; and undergo a mental health evaluation and treatment as directed by Pretrial Services.

We are now writing to advise Your Honor that the defendant violated the conditions of her release by virtue of a new arrest on August 25, 2005. Specifically, the defendant was arrested by the New York City Police Department on Conspiracy to Possess and Distribute a Controlled Substance charges. She was arraigned in Manhattan Criminal Court on August 26, 2005, and was held without bail. Pretrial Services has been in contact with Assistant District Attorney Karen McDonald, who is assigned to the defendant's case, and was informed that the defendant was in possession of two kilograms of cocaine at the time of her arrest. Attached herein is a copy of the criminal complaint filed in Manhattan Criminal Court on August 25, 2005.

Based on the above violation, and the defendant's custodial status, Pretrial Services recommends that a warrant be issued for her arrest, which would serve as a detainer in the event she was released from Manhattan Criminal Court. Pretrial Services has spoken to AUSA Jeff Goldberg who concurs with our recommendation, and has left notice for Defense Counsel Mark Cohen. If Your Honor agrees with our recommendation, we have attached an order for your convenience.

Prepared by: _Laura A. Fahmy_
U.S. Pretrial Services Officer

Approved by: _Daisy Toscano_
Supervising Pretrial Services Officer

_____  Request to revoke bail release conditions is granted. Pretrial Services is directed to prepare and process warrant application for Court's signature.

_____  Request to revoke bail release conditions is granted. U.S. Attorney's Office is directed to prepare and process warrant application for Court's signature.

Other instructions: _____

_____

_____  _____
Honorable Frederic Block
United States District Judge                                       Date

PS 8
(Rev. 12/04)

# UNITED STATES DISTRICT COURT

## for

## Eastern District of New York

U.S.A. vs. Francia Ramos-Suarez          Docket No.  04CR412

**Petition for Action on Conditions of Pretrial Release**

COMES NOW  Cynthia Lawyer  CHIEF PRETRIAL SERVICES OFFICER
presenting an official report upon the conduct of defendant  Francia Ramos-Suarez
who was placed under pretrial release supervision by the Honorable  Roanne L. Mann
sitting in court at  the EDNY  ,on the  second  day  of April  ,20 04
under the following conditions:

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach.)

See Memorandum Attached

PRAYING THAT THE COURT WILL ORDER REVOCATION OF THE BAIL RELEASE CONDITIONS AND
ISSUE AN ARREST WARRANT

ORDER OF COURT

Considered and ordered  21st  day
of  Sept.  ,2005  and ordered filed
and made a part of the records in the above case.

_____
U.S. District Judge

I declare under penalty of perjury that the foregoing is
true and correct.

Executed on  8/29/05

_____
U.S. Pretrial Services Officer

Place  _____

```
CRIMINAL COURT OF THE CITY OF NEW YORK
COUNTY OF NEW YORK
SPECIAL NARCOTICS COURT
------------------------------------------X
THE PEOPLE OF THE STATE OF NEW YORK        :
                                           :
                                           :   FELONY
            - against -                    :
                                           :   ADA McDONALD
FRANCIA RAMOS                              :
                                           :   (212) 815-0976
                                           :
                       Defendant.          :
------------------------------------------X

STATE OF NEW YORK  )
                   )  ss.:
COUNTY OF NEW YORK )
```

Detective Miguel Placencia, shield 7720, of the New York State Drug Enforcement Task Force (hereinafter "NYDETF"), being duly sworn, deposes and says as follows:

On August 25, 2005, at approximately 14:30 hours, at 196th Street and The Grand Concourse in Bronx County, in the City and State of New York, the defendant committed the offenses of:

P.L. 220.21 (1) CRIMINAL POSSESSION OF A CONTROLLED SUBSTANCE 1st
P.L. 220.16 (1) CRIMINAL POSSESSION OF A CONTROLLED SUBSTANCE 3rd

in that the defendant knowingly and unlawfully possessed one or more preparations, compounds, mixtures and substances containing a narcotic drug, and the preparations, compounds, mixtures and substances were of an aggregate weight of eight ounces or more; and the defendant knowingly and unlawfully possessed a narcotic drug with intent to sell it.

These offenses were committed under the circumstances described below:

Deponent states that he is informed by Special Agent Aaron Koger of the Drug Enforcement Administration, currently assigned to the New York Drug Enforcement Task Force, that informant stopped the above-named defendant at the above-described date, time and place and recovered from the defendant a heavily-weighted plastic bag that the defendant was carrying. Deponent is further informed that informant examined the contents of the plastic bag the defendant was carrying and recovered two wrapped brick-shaped packages containing cocaine from said bag.

1

Deponent is further informed that informant believes that the above-described substances recovered from the bag the defendant was carrying were, in fact, cocaine, based on informant's training and experience in the identification of controlled substances, the packaging and appearance of the substances, the odor emanating from the substances, and the defendant's statements, which also confirmed that the substances in the bag the defendant was carrying contained cocaine. Deponent is further informed that informant held the two brick-shaped packages containing cocaine, and based on his training and experience in the weights of various quantities, and the packaging of various quantities of controlled substances, informant determined that the total weight of the two bricks of cocaine was approximately 4.4 pounds, or 2 kilograms.

False statements made herein are punishable as a class A misdemeanor pursuant to section 210.45 of the penal law.

*Det. Miguel A Placeres 8/25/05*

Deponent        Date and Time  19:26 pm

2